# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE JUDSON and MICHELLE JUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS and ENSIGN PEAK ADVISERS, INC.,<br><br>Defendants. | CASE NO. 2:24-cv-00796-MWF(PDx)<br><br>**ORDER GRANTING STIPULATION TO AMEND THE CAPTION OF THE COMPLAINT PURSUANT TO FED. R. CIV. P. 15** |

The Court has reviewed the parties' Stipulation to Amend the Caption of the Complaint Pursuant to Fed. R. Civ. P. 15. (Docket No. 14). For good cause shown, the parties' request is GRANTED.

**IT IS HEREBY ORDERED** that the case caption and the Complaint be corrected to replace the Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints with **The Church of Jesus Christ of Latter-day Saints**. The Complaint and docket caption shall now be as follows:

| | |
|---|---|
| GENE JUDSON and MICHELLE JUDSON, individually and on behalf of all others similarly situated, | CASE NO. 2:24-cv-00796-MWF(PDx) |
| Plaintiffs, | |
| v. | |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, successor-in-interest-by-merger to Corporation of the President of the Church of Jesus Christ of Latter-day Saints, and ENSIGN PEAK ADVISERS, INC., | |
| Defendants. | |

IT IS SO ORDERED.

Dated: February 29, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge